UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHARLES BALLARD, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-308 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| OHIO SECRETARY OF STATE, *et al.*, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendants, | : | |
| | : | |
| | : | |
| | : | |

**ENTRY AND ORDER ADOPTING THE REPORT AND RECOMMENDATION (DOC. NO. 6), AND DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* (DOC. NO. 1)**

Currently before the Court is the Report and Recommendation (Doc. No. 6) of Magistrate Judge Peter B. Silvain, Jr.  Therein, Magistrate Judge Silvain recommends that the Court deny Plaintiff Charles Ballard's ("Ballard") Motion to Proceed *in forma pauperis*, and order Ballard to pay the Court's filing fee.  (*Id.* at PageID 36.)  Noting that no objections have been filed regarding the Report and Recommendation, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** Magistrate Judge Silvain's Report and Recommendation (Doc. No. 6).  Ballard is hereby **ORDERED** to pay the Court's filing fee of $405.00 within **thirty (30) days** of this Order.  Ballard is placed on **NOTICE** that a failure to pay the Court's filing fee may result in the dismissal of this action.

1

2

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, November 12, 2025.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE