**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

CHARLES BALLARD,

Plaintiff,

v.

OHIO SECRETARY OF STATE, *et al.*,

Defendants,

Case No. 3:25-cv-308

Judge Thomas M. Rose

Magistrate Judge Peter B. Silvain, Jr

---

### NOTICEAPPEAL:

---

Notice is hereby given that Plaintiff Charles Ballard appeals to the United States Court of

Appeals for the Sixth Circuit from the Entry and Order Granting Motion to Dismiss; Dismissing

Action for Lack of Article III Standing, entered on April 21, 2026.

Dated: _26 apr_____, 2026
Respectfully submitted,

Charles Ballard
Plaintiff, pro se
806 McDowell Pl
Dayton, OH 45433

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

CHARLES BALLARD,

Plaintiff,

v.

OHIO SECRETARY OF STATE, *et al.*,

Defendants,

Case No. 3:25-cv-308

Judge Thomas M. Rose

Magistrate Judge Peter B. Silvain, Jr

---

### Appeal Argument

---

**PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff Charles Ballard respectfully moves the Court to reconsider its Entry and Order entered on April 21, 2026, which granted the Secretary's motion to dismiss, denied leave to amend, and dismissed the action with prejudice for lack of Article III standing. Plaintiff requests reconsideration because the Court did not address several material concerns raised by Plaintiff and therefore overlooked issues relevant both to standing and to the merits.

**Grounds for Reconsideration**

The Court held that the Complaint failed to allege a concrete and particularized injury and characterized Plaintiff's claims as generalized grievances shared by other voters. The order also stated that even accepting Plaintiff's supplemental facts as true, amendment would be futile because no individual right exists to cast separate votes for President and Vice President in Ohio's general election, and it therefore denied leave to amend.

Plaintiff respectfully submits that the Court did not fully address the specific concerns presented in Plaintiff's response to the motion to dismiss. Plaintiff alleged that he personally cast separate votes for President and Vice

President in the 2024 election and intends to do so again in 2028, and that Ohio's current ballot structure prevents him from expressing those preferences through the State's official voting process. Those assertions go beyond a generalized objection to election administration and describe a personal and recurring burden on Plaintiff's own voting conduct.

**Issues Not Addressed**

The Court's order states that it could glean nothing from the allegations showing an effect on Plaintiff not commonly shared by every other Ohio voter. Plaintiff respectfully contends that this conclusion did not address his argument that the challenged ballot structure alters the content of his own vote, burdens his ability to express distinct preferences for President and Vice President, and will continue to affect him in future presidential elections.

If it please the Court, Plaintiff also respectfully requests clarification on an additional constitutional question that the order does not address: whether Ohio's ballot-format and elector-allocation practices conflict with Supreme Court rulings requiring presidential electors to reflect the outcome of the State's popular vote for President. Plaintiff contends that when the State prevents voters from independently expressing their preferences for President and Vice President, and then binds electors to that bundled result, the process raises a substantial question whether the resulting electoral vote truly reflects the popular vote choice for Vice President.

Additionally, the Court's order does not address Plaintiff's concern that federal law requires retention of records relating to votes cast in federal elections for two years, and that Ohio's ballot and recordkeeping practices for presidential elections must be considered in light of that federal requirement. Plaintiff raised the issue that the structure, recording, and preservation of votes for President and Vice President in a bundled format may affect how those votes are documented, preserved, and reviewed after the election and made available to the public.

**Leave to Amend**

The Court denied leave to amend as futile. Plaintiff respectfully contends that, before dismissing the case with prejudice, the Court should have permitted amendment so that Plaintiff could plead his own voting experience, intended future voting, federal record-retention concerns, and constitutional arguments with additional specificity. Because Plaintiff expressly requested leave to amend in response to the motion to dismiss, reconsideration is warranted at minimum to permit amendment rather than dismissal with prejudice.

**Requested Relief**

Plaintiff respectfully asks the Court to vacate the dismissal order, or alternatively to amend the judgment to permit Plaintiff leave to file an amended complaint. Plaintiff further requests that the Court address the specific concerns raised above, including Plaintiff's individualized injury, the question concerning elector alignment with the popular vote, and the federal-law issue concerning retention of records for votes cast in federal elections.

Dated: 26 Apr , 2026

Respectfully submitted,

Charles Ballard
Plaintiff, pro se
806 McDowell Pl
Dayton, OH 45433





PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

## UNITED STATES | PRIORITY®

**FROM:**

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL**

VISIT US AT US
ORDER FREE SUPP

FROM: C. Ballard
806 McDowell PL
Dayton, OH 45433

TO: U.S. District Court
200 W. Second St
RM 712
Dayton, OH 45402

US POSTAGE IMI 8076604261195417 2000392753

PRIORITY MAIL®

2.30 oz
RDC 03

028W2311114

US POSTAGE IMI
$12.90
SSK
PM

04/25/26  Mailed from 45324

C. BALLARD
806 MCDOWELL PL
DAYTON OH 45433-1318

EXPECTED DELIVERY DAY: 04/30/26

SHIP TO:
U.S. DISTRICT COURT
RM 712
200 W. SECOND ST
DAYTON OH 45402

USPS TRACKING® NUMBER

9505 5065 8091 6116 3315 43

...inations.

...a custom...

... Pickup,

USPS.COM/PICKUP

**TRACKED ▪ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



PAPER POUCH

Label 228, December 2023      FOR DOMESTIC AND INTERNAT