(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

CHARLES BALLARD,

**Plaintiff(s)**
                                                        **Case No.**     Case No. 3:25-cv-308

**vs.**

OHIO SECRETARY OF STATE

**Defendants(s)**

### APPLICATION/ MOTION TO PROCEED
### WITHOUT PREPAYMENT OF FEES
### (IN FORMA PAUPERIS)
### AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

**I. Are you employed?**     Yes____   No__X__

   **A. If you answered "Yes":**

     (1) What is the name and address of your employer

_____

_____

     (2) How much do you earn per month?

_____

   **B. If you answered "No"**

     (1) Have you ever been employed?     Yes__X_

     If yes, what was the last year and month you were employed? __APR 2026_____

How much did you earn a month? $4248_____

**II. What is your marital status?**

   Single_____     Married_____     Widowed_____     Divorced__X__

   **A. If you answered "Married":**

     (1) Is your spouse employed?  Yes_____   No_____

     If yes, how much does your spouse earn each month?

     $_____

**III. Do you have any dependents?**     Yes_X__   No____

If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| Kayle Ballard | Child | $1500 |
| Nicholas Ballard | Child | 500 |

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**     Yes X___   No_____

   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| retirement | $ 4000 | | $ |
| | $ | | $ |
| | $ | | $ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**
Yes X        No_____

   **A. If you answered "Yes", state the combined total amount:**
   $ 3000      .

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**
Yes X     No_____

  A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| SUV | $ 10000 | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| prosper | $ 17000 | Housing | $ 228000 |
| Chase | $ 15500 | AAFES | $ 3500 |
| Huntington | $ 125000 | Best Buy | $ 800 |
| Cherry | $ 2700 | | $ |

**VIII. State your address and telephone number where the Court can reach you.**
806 McDowell PL
Dayton, OH 45433
3256601498

**I declare under penalty of perjury that the above information is true and correct.**

18 May 2026
Date                      Signature of Applicant

-3-