

**FROM:**

C. Ballard
806 McDowell PL
Dayton, OH 45433

**TO:**

Office of the Clerk
200 W. Second St
RM 712
Dayton, OH 45402

**Utility Mailer**
**10 1/2" x 16"**

**Ready Post.**