**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| CHARLES BALLARD, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-308 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| OHIO SECRETARY OF STATE, *et al.*, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendants, | : | |
| | : | |
| | : | |
| | : | |

---

**ENTRY AND ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL (DOC. NO. 25)**

---

The Court must now address Plaintiff Charles Ballard's ("Ballard") Motion for Leave to Proceed *in forma pauperis* on Appeal (Doc. No. 25).  On April 21, 2026, the Court issued its Entry and Order Granting Motion to Dismiss; Dismissing Action for Lack of Article III Standing ("Dismissal Order") (Doc. No. 20).  Ballard has since appealed that Dismissal Order and he currently seeks leave to proceed on appeal *in forma pauperis*.  Under 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."  Based on the analysis contained in the Court's Dismissal Order here, the Court finds Ballard's appeal of this matter to be objectively frivolous.  Therefore, the Court **DENIES** Ballard's Motion for Leave to Proceed *in forma pauperis* on Appeal (Doc. No. 25) and hereby **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of the Court's Dismissal Order would not be taken in good faith and should not be permitted to proceed *in forma pauperis*.

1

2

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, May 27, 2026.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE