

# U.S. District Court

## Ohio Southern - Dayton

Receipt Date: Jun 30, 2026 2:24PM

Charles Ballard

Rcpt. No: 300004007     Trans. Date: Jun 30, 2026 2:24PM     Cashier ID: #JMBn (7470)

| CD | Purpose Code | Case/Party/Defendant | Qty | Price | Amt |
|----|--------------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender Type | | | | Amt |
|----|-------------|--|--|--|-----|
| NS | Nonscannable Check/MO | #11335757 | 06/24/2026 | | $605.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.